**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lucille V. Brooks                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-12188 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE SECRETARY OF VETERANS AFFAIRS, AN OFFICER OF THE UNITED STATES and index same on the master mailing list.

Respectfully submitted,

/s/ 
PA Eastern BK
12 Jul 2024, 11:38:57, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322