*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lucille V. Brooks
    Debtor(s)

Case No: 24–12188–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the final installment payment in the amount of $113.00 will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 10/22/24

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 30, 2024

22
Form 175